**HUSSMANN–LIGONIER CO., Appellant, v. GAMP ELECTRIC COMPANY, Inc.**

No. 11285.

Circuit Court of Appeals, Eighth Circuit.

Nov. 25, 1938.

J. Henry Kinealy, of St. Louis, Mo., for appellant.

Edwin S. Clarkson, of Washington, D. C., and James A. Carr and Joseph J. Gravely, both of St. Louis, Mo., for appellee.

PER CURIAM.

Motion of appellee to affirm decree denied and appeal dismissed on motion of appellant.

**A. W. JOHNSON, Petitioner, v. Guy T. HELVERING, Commissioner, etc.**

No. 11083.

Circuit Court of Appeals, Eighth Circuit.

Feb. 3, 1939.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Frank M. Thompson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to Board of Tax Appeals for further consideration and action by the Board, per stipulation of parties.

**ILLINOIS–POCAHONTAS COAL COMPANY, Petitioner, v. NATIONAL BITUMINOUS COAL COMMISSION, Respondent.**

No. 6558.

Circuit Court of Appeals, Seventh Circuit.

Feb. 16, 1939.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Upon all the papers and proceedings heretofore had in this action, now, upon motion of the respondent, dated the 6th day of February, 1939.

It is hereby ordered that the order of this court dated the 17th day of February, 1938, granting an injunction pendente lite be set aside, and the injunction vacated, and the petition be, and the same hereby is dismissed, without costs to either party, on the ground that this cause has become moot.

**JOS. T. GRIFFIN COMPANY, Appellant, v. UNITED STATES of America, Appellee.**

No. 7809.

Circuit Court of Appeals, Sixth Circuit.

March 16, 1939.

Steinfeld & Steinfeld, of Louisville, Ky., for appellant.

Eli H. Brown, III, U. S. Atty., of Louisville, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript, briefs and argument of counsel, and it appearing that it was not error to sustain the demurrer to the petition, it is therefore ordered and adjudged that the judgment appealed from be, and the same is, affirmed.